IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATHAN GAUSTAD,

      Plaintiff,

v.

DANE COUNTY, WISCONSIN, et al,

      Defendants.

ORDER

Case No.  26-cv-736-wmc

Plaintiff Nathan Gaustad has filed a proposed civil complaint.  Plaintiff has not paid the $405 filing fee[1] nor asked for leave to proceed without prepayment of fees or costs.  In the event that plaintiff wishes to proceed without prepayment of the filing fee, the enclosed petition and affidavit must be completed to determine whether plaintiff qualifies as indigent.

ORDER

IT IS ORDERED that plaintiff Nathan Gaustad may have until September 1, 2026, in which to either pay the $405 filing fee or to submit an affidavit of indigency and return it to the court.  If, by September 1, 2026, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.  In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 11th day of August, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge

---

[1] Effective December 1, 2023, the total fee for filing a civil action is $405 (the $350 statutory fee plus the $55 miscellaneous administrative fee).

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

NATHAN GAUSTAD,

      Plaintiff,                                   ORDER

v.

                                       Case No.  26-cv-736-wmc

DANE COUNTY, WISCONSIN, et al,

      Defendants.

**NON-PRISONER REQUEST TO PROCEED IN DISTRICT COURT**
**WITHOUT PREPAYING THE FILING FEE**

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the court may dismiss your lawsuit.

**I.**       **Personal Information**

1)     Are you employed?                  □ Yes         □ No

2)     Are you married?                  □ Yes        □ No
        If "Yes," is your spouse employed?    □ Yes        □ No

3)     Do you have any dependents that you are responsible for supporting?
        □ Yes        □ No
        If "Yes," list them below:

| Name or initials (for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| | | | $_____ |
| | | | $_____ |
| | | | $_____ |

**II.**  **Income** - If you are married, your answers ***must include your spouse's income.*** *(*When calculating income, include any wages, salary, rent, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts and inheritance, or other money you receive from any source.)

1)  State your total *monthly* wages or salary?  $ _____

2)  Provide the name and address of your employer(s):

   _____

3)  State your spouse's total *monthly* wages or salary?  $ _____

State the amount of money you have received from any other source in the last twelve months, such as the sources listed above. Please attach an additional sheet if necessary.

Source of income                                        Amount

_____        $ _____

_____        $ _____

**III.**  **Expenses** - If you are married or have dependents, ***your expenses should also include your household's expenses.*** (When calculating household expenses, you may include groceries, clothing, medical costs, utilities that are not included in your rental payments, transportation, and insurance.)

1)  Identify the following amounts that you pay per month:

   ☐ Rent or      ☐ Mortgage          $ _____

   Car payment(s)                      $ _____

   Alimony or court-ordered child support  $ _____

   Credit card payment(s)              $ _____

2)      Do you have any other *monthly* expenses that you have not already listed?
□ Yes            □ No

If "Yes," list them below:

Expense                                                                          Amount

_____        $ _____

_____        $ _____

_____        $ _____

3)      What are your total *monthly* expenses?      $_____

**IV.      Property** - If you are married, your answers must *include your spouse's property.*

1)      Do you own a car?      □ Yes            □ No            If "Yes," list car(s) below:

Make and Model                                            Year           Approximate Current
                                                                                    Value

_____  _____  $_____

_____  _____  $_____

2)      Do you own your home(s)?    □ Yes            □ No

If "Yes," state the approximate value(s).      $ _____

What is the amount of equity (assessed value of residence minus outstanding
mortgage balance) in the home(s)?    $ _____

3)      Do you have any cash or checking, savings, or other similar accounts?
□ Yes            □ No

If "Yes," state the total of such sums.      $_____

4)    Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork or jewelry?

☐ Yes          ☐ No

If "Yes," describe the property and the approximate value(s).

_____

**V.**    **Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

_____

_____

_____

_____

_____

_____

I, _____, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the fee and that I am entitled to the relief sought in the complaint.

_____        _____
Date                                    **Signature - Signed Under Penalty of Perjury**